UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISOL E. REYES,

                Plaintiff,

       -against-

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

             Defendants.

**ORDER**

25-cv-5473 (ER)

On January 16, 2026, Liberty Mutual filed a letter, indicating that Reyes had not responded to its discovery requests and requesting a premotion conference in anticipated of a motion to compel.  Doc.  21.  The Court granted Liberty Mutual's request and scheduled the conference for February 5, 2026.  Doc. 22.  On January 28, the Court was advised that Reyes had responded to the discovery requests earlier that day.  Doc. 23.  Accordingly, the conference is adjourned without prejudice.

In addition, Liberty Mutual indicated in an email that certain dates in the existing discovery schedule have expired.  The parties are therefore directed to submit an amended discovery schedule on consent, extending the discovery through September 30, 2026.

      SO ORDERED.

Dated:   February 4, 2026
         New York, New York

_____
         Edgardo Ramos, U.S.D.J.